UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WOODWARD MEDIA GROUP, LLC, ROBERT ALCOTT,<br><br>Plaintiffs,<br><br>vs.<br><br>WOODWARD SPORTS NETWORK, LLC,<br><br>Defendant. | 2:23-CV-10622-TGB<br><br><br>ORDER DISMISSING CASE<br><br><br>HONORABLE<br>TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED this 18th day of April, 2023.

                      BY THE COURT:

                      /s/Terrence G. Berg
                      TERRENCE G. BERG
                      United States District Judge